**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:20-cv-00612-TJC-JRK**

CHERYL A. HARFORD,

    Plaintiff,

eFINANCIAL, LLC,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    PLEASE TAKE NOTICE that CHERYL A. HARFORD (the "Plaintiff") and eFINANCIAL, LLC (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: September 10, 2020

                                                  Respectfully submitted,

                                                **CHERYL A. HARFORD**

                                                */s/ Alexander J. Taylor*
                                                Alexander J. Taylor
                                                Florida Bar No. 1013947
                                                Sulaiman Law Group, Ltd.
                                                2500 South Highland Avenue, Suite 200
                                                Lombard, IL 60148
                                                (630) 575-8181
                                                ataylor@sulaimanlaw.com
                                                *Attorney for Plaintiff*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

      Respectfully submitted,
/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.