UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Civil Action No. 3:20-cv-00612-TJC-JRK

CHERYL A. HARFORD,

    Plaintiff,

v.

eFINANCIAL, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHERYL A. HARFORD and the Defendant eFINANCIAL, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant eFINANCIAL, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 3, 2020                                                                                   Respectfully Submitted,

| CHERYL A. HARFORD | eFINANCIAL, LLC |
|---|---|
| /s/ Alexander J. Taylor | /s/ Terance A. Gonsalves |
| Alexander J. Taylor | Terance A. Gonsalves |
| Florida Bar Identification Number 1013947 | Admitted Pro Hac Vice |
| SULAIMAN LAW GROUP, LTD. | ALSTON & BIRD LLP |
| 2500 South Highland Avenue | 1201 West Peachtree Street |
| Suite 200 | Suite 4900 |
| Lombard, Illinois 60148 | Atlanta, GA 30309 |
| +1 630-575-8181 | (404) 881-7983 |
| ataylor@sulaimanlaw.com | Terance.Gonsalves@alston.com |

## **CERTIFICATE OF SERVICE**

I hereby certify on November 3, 2020, I electronically filed with the Clerk of the U.S. District Court, Middle District of Florida, the foregoing Stipulation of Dismissal with Prejudice using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*s/ Alexander J. Taylor*