UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHERYL A. HARFORD,

    Plaintiff,

v.                              Case No. 3:20-cv-612-J-32JRK

EFINANCIAL, LLC,

    Defendant.

## O R D E R

Upon review of the parties' Stipulation of Dismissal With Prejudice (Doc. 17), filed on November 3, 2020, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of November, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record